SCAFATI, CORRECTIONAL SUPERINTENDENT *v.*
GREENFIELD.

No. 1104.   Decided April 22, 1968.

*Elliot L. Richardson,* Attorney General of Massachu-
setts, *Willie J. Davis* and *Howard M. Miller,* Assistant
Attorneys General, and *Richard L. Levine,* Deputy As-
sistant Attorney General, for appellant.

PER CURIAM.

The motion of appellee for leave to proceed *in forma
pauperis* is granted.   The motion to affirm is granted
and the judgment is affirmed.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE would
note probable jurisdiction and set the case for oral
argument.

TILL *v.* NEW MEXICO.

No. 1189, Misc.   Decided April 22, 1968.

*Gladys Towles Root* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a
petition for a writ of certiorari, certiorari is denied.